**ORDER DENIED**

The movant has represented that the debtor filed 09-10842. That is not true. An order to show cause why the creditor should not be sanctioned under Rule 9011 will be held on April 28, 2010 at 9:30 a.m.

**Entered on Docket**
**April 12, 2010**

_____
**Hon. Linda B Riegle**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for SASCO 2007-WF2
10-71312

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-14558-lbr |
|---|---|
| Nicholas James Whittinghill and Cristina Maria Whittinghill | Date:<br>Time: |
| Debtors. | Chapter 7 |

**ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(C)(3)(A)**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for SASCO 2007-WF2, its assignees and/or successors in interest, of the subject property, generally described as 50 Aura De Blanco St, Unit 12104, Henderson, NV 89074, and legally described as follows:

PARCEL I:

AN UNDIVIDED FRACTIONAL INTEREST AS A TENANT IN COMMON IN THE COMMON ELEMENTS AS DEFINED IN SECTION 1.15 OF THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR VILLA AZURE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK. COUNTY, NEVADA ON JULY 3, 2006 IN BOOK 20060703 AS DOCUMENT NO. 00129 AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED, TO WHICH REFERENCE IS HEREAFTER MADE ("DECLARATION").

EXCEPTING THEREFROM ALL BUILDING UNITS AND ASSOCIATION PROPERTY IN THE PROJECT, AS THOSE TERMS ARE DEFINED IN ARTICLE I OF THE DECLARATION.

AND RESERVING THEREFROM THE RIGHT TO POSSESSION OF ALL THOSE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS IN SECTION 1.22 OF THE DECLARATION AND/OR DESIGNATED AS SUCH UPON EITHER THE PLAT OF LADERA VILLAS CONDOMINIUMS "FLATS" - UNIT 1 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 128 OF PLATS, PAGE 19, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK. COUNTY, NEVADA, OR THE PLAT OF ANY OTHER PHASE OF THE LADERA VILLAS CONDOMINIUMS PROJECT ANNEXED TO SAID PROJECT IN ACCORDANCE WITH THE DECLARATION.

AND FURTHER RESERVING THEREFROM FOR THE BENEFIT OF THE O\VNERS OF CONDOMINIUMS (I.E. BUILDING UNITS) IN OTHER PHASES OF THE PROJECT, A NON-EXCLUSIVE EASEMENT OF INGRESS, EGRESS AND RECREATIONAL USE, ON, OVER AND UNDER THE COMMON ELEMENTS AS DEFINED IN SECTION 1.15 IN THE DECLARATION, WHICH EASEMENT IS SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION.

PARCEL II:

LIVING UNIT 12104 IN BUILDING 12 OF LADERA VILLAS CONDOMINIUMS "FLATS" - UNIT 1 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 128 OF

PLATS, PAGE 19, IN THE OFFICE OF THE COUNTY RECORDER OR CLARK COUNTY, NEVADA.

PARCEL III:

A NON-EXCLUSIVE EASEMENT OF INGRESS, EGRESS AND RECREATIONAL USE, ON, OVER AND UNDER THE COMMON ELEMENTS AS DEFINED IN THE DECLARATION, WHICH EASEMENT IS SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION AND APPURTENANT TO PARCELS I AND II DESCRIBED ABOVE.

PARCEL IV:

THE EXCLUSIVE RIGHT, SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION TO GARAGE NO. 12104: DEFINED AND DESCRIBED AS A LIMITED COMMON ELEMENT IN SECTION 1.22 OF THE DECLARATION AND WHICH IS APPURTENANT TO PARCELS I AND II DESCRIBED ABOVE.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.**

Submitted by:

**WILDE & ASSOCIATES**

By:   /s/Gregory L. Wilde, Esq
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Dawn M. Papaeliou
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
William A. Leonard
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor