

Entered on Docket
May 10, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for SASCO 2007-WF2
10-71312

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-14558-lbr |
|---|---|
| Nicholas James Whittinghill and Cristina Maria Whittinghill | Date:<br>Time:<br><br>Chapter 7 |
| Debtors. | |

### ORDER RE: EX-PARTE APPLICATION FOR AN ORDER PURSUANT TO 362(C)(3)(A)

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all

purposes as to Secured Creditor U.S. Bank National Association, as Trustee for SASCO 2007-WF2, its assignees and/or successors in interest, of the subject property. generally described as 50 Aura De Blanco St, Unit 12104, Henderson. NV 89074, and legally described as follows:

PARCEL I:

AN UNDIVIDED FRACTIONAL INTEREST AS A TENANT IN COMMON IN THE COMMON ELEMENTS AS DEFINED IN SECTION 1.15 OF THE DECLARATION OF COVENANTS. CONDITIONS AND RESTRICTIONS FOR VILLA AZURE RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK. COUNTY. NEVADA ON JULY 3. 2006 IN BOOK 20060703 AS DOCUMENT NO. 00129 AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED. TO WHICH REFERENCE IS HEREAFTER MADE ("DECLARATION").

EXCEPTING THEREFROM ALL BUILDING UNITS AND ASSOCIATION PROPERTY IN THE PROJECT. AS THOSE TERMS ARE DEFINED IN ARTICLE I OF THE DECLARATION.

AND RESERVING THEREFROM THE RIGHT TO POSSESSION OF ALL THOSE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS IN SECTION 1.22 OF THE DECLARATION AND/OR DESIGNATED AS SUCH UPON EITHER THE PLAT OF LADERA VILLAS CONDOMINIUMS "FLATS" - UNIT 1 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 128 OF PLATS, PAGE 19, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK. COUNTY, NEVADA, OR THE PLAT OF ANY OTHER PHASE OF THE LADERA VILLAS CONDOMINIUMS PROJECT ANNEXED TO SAID PROJECT IN ACCORDANCE WITH THE DECLARATION.

AND FURTHER RESERVING THEREFROM FOR THE BENEFIT OF THE O\VNERS OF CONDOMINIUMS (I.E. BUILDING UNITS) IN OTHER PHASES OF THE PROJECT. A NON-EXCLUSIVE EASEMENT OF INGRESS, EGRESS AND RECREATIONAL USE, ON. OVER AND UNDER THE COMMON ELEMENTS AS DEFINED IN SECTION 1.15 IN THE DECLARATION. WHICH EASEMENT IS SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION.

PARCEL II:

LIVING UNIT 12104 IN BUILDING 12 OF LADERA VILLAS CONDOMINIUMS "FLATS" - UNIT 1 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 128 OF PLATS, PAGE 19, IN THE OFFICE OF THE COUNTY RECORDER OR CLARK COUNTY. NEVADA.

PARCEL III:

A NON-EXCLUSIVE EASEMENT OF INGRESS. EGRESS AND RECREATIONAL USE. ON. OVER AND UNDER THE COMMON ELEMENTS AS DEFINED IN THE DECLARATION. WHICH EASEMENT IS SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION AND APPURTENANT TO PARCELS I AND II DESCRIBED ABOVE.

PARCEL IV:

THE EXCLUSIVE RIGHT. SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION TO GARAGE NO. 12104: DEFINED AND DESCRIBED AS A LIMITED COMMON ELEMENT IN SECTION 1.22 OF THE DECLARATION AND WHICH IS APPURTENANT TO PARCELS I AND II DESCRIBED ABOVE.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

Submitted by:

WILDE & ASSOCIATES

By: /s/ Gregory L. Wilde, Esq
Gregory L. Wilde, Esq.
Attorney for Secured Creditor